UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALFRED RAY THOMAS, JR.,
ALIJAH RAY VANTE BAILEY-THOMAS, and
NEHEMIAH LEMONTA JAMES,

Defendants. /

MOTION TO SEAL

The United States of America moves this court to seal the Indictment in the above entitled case in order that the execution of the arrest warrant be unimpeded and the investigation continue; and that such sealing remain in force and operation until the defendants are advised of these proceedings, arrested, the investigation is completed, or further order of this court. The government asks that the U.S. Probation Department be excepted from the seal.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Dated: September 29, 2026

CLINT W. WESTBROOK
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404

**IT IS SO ORDERED.**

September 29, 2026
Dated

SALLY J. BERENS
United States Magistrate Judge
United States District Court